(Official Form 1) (9/97) Specialty Software, Royal Oak, MI

FORM B1

**United States Bankruptcy Court**
*NORTHERN* District of *ILLINOIS*

**Voluntary Petition**

Chapter 13 W/No Plan

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (If individual, enter Last, First, Middle): *Hill Sr, Mark A.* | Name of Joint Debtor (Spouse)(Last, First, Middle): *Hill, Rachel* |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): *NONE* |
| Soc. Sec./Tax I.D. No. (If more than one, state all): *xxx-xx-4443* | Soc. Sec./Tax I.D. No. (If more than one, state all): *xxx-xx-7386* |
| Street Address of Debtor (No. & Street, City, State & Zip Code): *920 Laurel Dr Aurora IL. 60506* *Phone: 630-906-0778* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): *920 Laurel Dr Aurora IL. 60506* |
| County of Residence or of the Principal Place of Business: *Kane* | County of Residence or of the Principal Place of Business: *Kane* |
| Mailing Address of Debtor (If different from street address): *SAME* | Mailing Address of Joint Debtor (If different from street address): *SAME AS DEBTOR* |

Location of Principal Assets of Business Debtor (If different from street address above): *NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

[X] Individual(s) [ ] Railroad
[ ] Corporation [ ] Stockbroker
[ ] Partnership [ ] Commodity Broker
[ ] Other ______

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

[ ] Chapter 7 [ ] Chapter 11 [X] Chapter 13
[ ] Chapter 9 [ ] Chapter 12
[ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

[X] Consumer/Non-Business [ ] Business

**Filing Fee** (Check one box)

[X] Full Filing Fee attached.

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unse...

[X] Debtor estimates that, after any exempt property is excluded and paid, there will be no funds available for distribution to unsecured ...

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 |
|---|---|---|---|
| [ ] | [X] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |
|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |
|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

04 MAR 17 AM 9:57

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/17/2004
Time: 10:05:58
Debtor: MARK A HILL
Fee : 194
Case: 04-10487
Rec. # : 3069032
Chapter: 13
Judge: Initials MB
341 mtg: 04/21/2004 @ 10:30AM
ConfHrg: 05/13/2004 @ 11:30AM
Trustee: GLENN STEARNS
1:04BK10487-BK001

(Official Form 1) (9/97) Specialty Software, Royal Oak, MI

# Voluntary Petition

(This page must be completed and filed in every case)

Name of Debtor(s): *Mark A. Hill Sr and Rachel Hill*

FORM B1, Page 2

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual / Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X [signature]
Signature of Debtor Mark A. Hill Sr

X [signature]
Signature of Joint Debtor Rachel Hill

Telephone Number (if not represented by attorney)

3/13/04
Date

### Signature of Debtor (Corporation/ Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Attorney

X [signature]
Signature of Attorney for Debtor(s)

Richard S. Bass 6189009
Printed Name of Attorney for Debtor(s)

Richard S. Bass
Firm Name

2021 Midwest Rd.
Address

Oak Brook, IL. 60521

630-953-8655
Telephone Number

3/13/04
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X [signature]
Attorney

3/13/04
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT of ILLINOIS
# EASTERN DIVISION

In re *Mark A. Hill Sr and Rachel Hill*

Case No.
Chapter *13*

_______________ / Debtor

Attorney for Debtor: *Richard S. Bass*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case. . . . . . . . . . $ *2,500.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . $ *500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . $ *2,000.00*

3. *$ 194.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: 3/15/04

Respectfully submitted,

Attorney for Petitioner: *Richard S. Bass*
*2021 Midwest Rd.*
*Oak Brook, IL. 60521*

FORM B6A (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ________ (If known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H,""W,""J," or "C"in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 920 Laurel Dr Aurora IL | Joint Tenancy-Debtor residence | J | $ 150,000 | $ 121,600 |
| | | TOTAL $ (Report also on Summary of Schedules.) | 150,000 | |

*NO* continuation sheets attached

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______ (If known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | J | $ 50 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking: Old Second National Bank | J | $ 200 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc used household goods and furnishings | J | $ 2,000 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc used personal items | J | $ 400 |
| 6. Wearing apparel. | | Misc used personal clothing | J | $ 400 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | | |

FORM B6B (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor          Case No. ________ (If known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | 1998 Cadillac Deville | J | $ 13,500 |
| | | 1998 Ford Explorer | J | $ 15,000 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |



Total → $ 31,550

(Report total also on Summary of Schedules)

FORM B6C (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______________ (If known)

# SCHEDULE C-PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| 920 Laurel Dr Aurora IL | 735 ILCS 5/12-901 | $ 15,000 | $ 150,000 |
| Cash | 735 ILCS 5/12-1001(b) | $ 50 | $ 50 |
| Checking: Old Second National Bank | 735 ILCS 5/12-1001(b) | $ 200 | $ 200 |
| Misc used household goods and furnishings | 735 ILCS 5/12-1001(b) | $ 2,000 | $ 2,000 |
| Misc used personal items | 735 ILCS 5/12-1001(a) | $ 400 | $ 400 |
| Misc used personal clothing | 735 ILCS 5/12-1001(a) | $ 400 | $ 400 |
| 1998 Cadillac Deville | 735 ILCS 5/12-1001(c)<br>735 ILCS 5/12-1001(b) | $ 0<br>$ 0 | $ 13,500 |
| 1998 Ford Explorer | 735 ILCS 5/12-1001(c)<br>735 ILCS 5/12-1001(b) | $ 0<br>$ 0 | $ 15,000 |

FORM B6D (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor

Case No. ____________ (If known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 1<br>Constance Burnett Renzi<br>Acct: Fox Metro 03 SC 2421<br>PO Box 787<br>Aurora IL. 60507-0787 | | J | 2003<br>Judgment Lien<br>920 Laurel Dr Aurora IL<br>Kane County Suit 03 SC K 2421<br>Pay INSIDE The Plan<br>Value: $ 150,000.00 | | | | $ 1,100.00 | $ 0.00 |
| Account No. A 24 3835<br>Creditor #: 2<br>Fox Metro Water Reclamation<br>Attn: Lien-Legal Dept<br>PO Box 109<br>Montgomery IL. 60538 | | J | 2003<br>Notice<br>920 Laurel Dr Aurora IL<br>Kane County Suit 03 SC K 2421<br>Pay INSIDE The Plan<br>Value: $ 150,000.00 | | | | $ 0.00 | $ 0.00 |
| Account No. 03 AR 01620<br>Creditor #: 3<br>Freedman, Anselmo, Lindberg<br>Acct: Household Finance<br>PO Box 3107<br>Naperville IL. 60566-7107 | | W | 2003<br>Judgment Lien<br>920 Laurel Dr Aurora IL<br>Pay INSIDE The Plan<br>Kane County Suit 03 AR 0620<br>Value: $ 150,000.00 | | | | $ 7,500.00 | $ 0.00 |
| Account No.<br>Creditor #: 4<br>Household Auto Finance<br>Attn Bankruptcy Dept<br>PO Box 17904<br>San Diego CA. 92177 | | J | 2002<br>Purchase Money Security<br>1998 Ford Explorer<br>Pay INSIDE The Plan<br>Value: $ 15,000.00 | | | | $ 18,000.00 | $ 3,000.00 |
| Account No. 014582086714<br>Creditor #: 5<br>Nuvell Financial<br>PO Box 2365<br>Memphis TN. 38101-2365<br>Attn Bankruptcy Dept | | J | 2002<br>Purchase Money Security<br>1998 Cadillac Deville<br>Pay INSIDE The Plan<br>Value: $ 13,500.00 | | | | $ 14,000.00 | $ 500.00 |

1 continuation sheets attached

Subtotal $ (Total of this page) 40,600.00

Total $ (Use only on last page and on Summary of Schedules)

FORM B6D (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______ (If known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 6<br>Option One Mortgage<br>Attn Bankruptcy Dept<br>3 Ada St<br>Irvine CA. 92618 | | J | Mortgage<br>920 Laurel Dr Aurora IL<br>Debtor residence-Jt. Tenancy<br>Current Payment OUTSIDE The Plan<br>Value: $ 150,000.00 | | | | $113,000.00 | $ 0.00 |
| Account No. | | | Value: | | | | | |
| Account No. | | | Value: | | | | | |
| Account No. | | | Value: | | | | | |
| Account No. | | | Value: | | | | | |
| Account No. | | | Value: | | | | | |
| Account No. | | | Value: | | | | | |

Sheet No. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 113,000.00 |
| Total $ (Use only on last page and on Summary of Schedules) | 153,600.00 |

FORM B6E (4/98) West Group, Rochester, NY

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______________ (If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed on this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*1* continuation sheets attached

FORM B6E (4/98) West Group, Rochester, NY

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______ (If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 1<br>Internal Revenue Service<br>Mail Stop 5010 CHI-Bankruptcy<br>230 S. Dearborn St<br>Chicago IL. 60604 | | J | 12/31/02<br>Federal income taxes | | | | $ 3,000.00 | $ 3,000.00 |
| Account No.<br>Creditor #: 2<br>Internal Revenue Service<br>Attn Bankruptcy Dept<br>200 W. Adams St. #2300<br>Chicago IL. 60606-5208 | | J | 12/31/02<br>Notice to other location | | | | $ 0.00 | $ 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet No. 1 of 1 continuation sheets attached to Schedule of Creditors holding Unsecured Priority Claims

Subtotal $ (Total of this page) 3,000.00

Total $ (Use only on last page and on Summary of Schedules) 3,000.00

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 1201092A14<br>Creditor #: 1<br>American Medical Collection<br>Acct: Quest Diagnostic<br>2269 South Saw Mill Rd Bldg 3<br>Elmsford NY. 10523 | | J | 2004<br>Collection | | | | $ 92.00 |
| Account No. 5178052150093488<br>Creditor #: 2<br>Arrow Financial Services<br>Acct: Capital One<br>5996 W. Touhy Ave<br>Niles IL. 60714-4610 | | J | 2004<br>Notice to collector | | | | $ 0.00 |
| Account No. 5770915024232703<br>Creditor #: 3<br>Arrow Financial Services<br>Acct: Card Services<br>5996 W. Touhy Ave<br>Niles IL. 60714-4610 | | W | 2004<br>Collection | | | | $ 581.00 |
| Account No. 1255<br>Creditor #: 4<br>Associate Pediatric Fox Valley<br>1900 Ogden Ave. #204<br>Aurora IL. 60504-4283 | | H | 2003<br>Medical bills | | | | $ 229.00 |
| Account No. 013000162814<br>Creditor #: 5<br>Associated Pathology Joliet<br>330 Madison St. #200A<br>Joliet IL. 60435 | | H | 2003<br>Medical bills | | | | $ 68.00 |

6 continuation sheets attached

| | |
|---|---|
| Subtotal $ (Total of this page) | $ 970.00 |
| Total $ (Use only on last page and on Summary of Schedules) | |

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 11 211352<br>Creditor #: 6<br>Aurora Emergency Associates<br>Dept 4040 PO Box 3666<br>Oak Brook IL. 60522 | | H | 2003<br>Medical bills | | | | $ 371.00 |
| Account No. 372980<br>Creditor #: 7<br>Aurora Pediatric Clinic<br>1300 N. Highland Ave<br>Aurora IL. 60506 | | H | 2003<br>Medical bills | | | | $ 90.00 |
| Account No. 01620168347770<br>Creditor #: 8<br>Aurora Radiology Consultant<br>641 E. Butterfield Rd. #407<br>Lombard IL. 60148 | | H | 2003<br>Medical bills | | | | $ 78.00 |
| Account No. 01610168363710<br>Creditor #: 9<br>Aurora Radiology Consultant<br>641 E. Butterfield Rd. #407<br>Lombard IL. 60148 | | H | 2003<br>Medical bills | | | | $ 40.00 |
| Account No.<br>Creditor #: 10<br>Brian Tonner DDS<br>541 Sullivan Road<br>Aurora IL. 60506 | | W | 2003<br>Medical bills | | | | $ 118.00 |
| Account No. 4388 6420 7048 4889<br>Creditor #: 11<br>Capital One<br>PO Box 60000<br>Seattle WA. 98190-6000 | | H | 2003<br>Credit card purchases | | | | $ 800.00 |
| Account No. 76269<br>Creditor #: 12<br>Castle Orthpedic<br>2111 Ogden Ave<br>Aurora IL. 60504-7597 | | H | 2003<br>Medical bills | | | | $ 1,767.00 |

Sheet no. 1 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) $ 3,264.00

Total $ (Use only on last page and on Summary of Schedules)

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ____________ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 13<br>Comcast Cable<br>Attn Collection Dept<br>PO Box 173885<br>Denver CO. 80217-3885 | | J | 2003<br>Credit | | | | $ 400.00 |
| Account No. 7412502014<br>Creditor #: 14<br>Commonwealth Edison<br>Attn Bankruptcy Dept<br>2100 Swift Dr<br>Oak Brook IL. 60523 | | W | 2003-04<br>Utility bills | | | | $ 1,400.00 |
| Account No. V8388446<br>Creditor #: 15<br>Computer Credit Inc.<br>Acct: Provena Mercy Center<br>640 E. 4th St.<br>Winston-Salem NC. 27113-5238 | | J | 2004<br>Notice to collector | | | | $ 0.00 |
| Account No. V8363710<br>Creditor #: 16<br>Computer Credit Inc.<br>Acct: Provena Mercy Ctr<br>640 E. 4th St.<br>Winston-Salem NC. 27113-5238 | | H | 2004<br>Notice to collector | | | | $ 0.00 |
| Account No. 4227 0937 1973 3549<br>Creditor #: 17<br>Cross Country Bank<br>PO Box 310730<br>Boca Raton FL. 33431-0730 | | H | 2000-03<br>Credit card purchases | | | | $ 170.00 |
| Account No. 3G228959<br>Creditor #: 18<br>Dreyer Medical Center<br>PO Box 2091<br>Aurora IL. 60507-2091 | | H | 2003<br>Medical bills | | | | $ 39.00 |
| Account No. 42276093719733549<br>Creditor #: 19<br>Financial Recovery Service<br>Acct: Cross Country Bank<br>PO Box 385908<br>Minneapolis MN. 55438-5908 | | H | 2004<br>Notice to collector | | | | $ 0.00 |

Sheet no. 2 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) $ 2,009.00

Total $ (Use only on last page and on Summary of Schedules)

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ____________ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 50 2423 270 3<br>Creditor #: 20<br>First Consumer National Bank<br>Acct: Spiegels<br>9310 SW Gemini Dr.<br>Beaverton OR. 97078-0001 | | W | 2003<br>Credit card purchases | | | | $ 250.00 |
| Account No. 6138517<br>Creditor #: 21<br>Illinois Collection<br>Attn Aurora Emergency Assoc<br>PO Box 646<br>Oak Lawn IL. 60454-0646 | | H | 2004<br>Notice to collector | | | | $ 322.00 |
| Account No.<br>Creditor #: 22<br>Instant Cash Advance<br>Attn Collection Dept<br>1155 N. Farnsworth<br>Aurora IL. 60506 | | W | 2003-04<br>Loan | | | | $ 700.00 |
| Account No.<br>Creditor #: 23<br>Instant Cash Advance<br>Attn Collection Dept<br>1155 N. Farnsworth<br>Aurora IL. 60506 | | H | 2003-04<br>Loan | | | | $ 700.00 |
| Account No. Z28264 BM5<br>Creditor #: 24<br>J.R. Christensen & Assoc<br>Acct: JC Penney Monogram Cred<br>PO Box 519<br>Sauk Rapids MN. 56379-0519 | | W | 2004<br>Notice to collector | | | | $ 0.00 |
| Account No.<br>Creditor #: 25<br>JC Penney<br>PO Box 533<br>Dallas TX. 75521 | | H | 2002<br>Credit card purchases | | | | $ 453.00 |
| Account No.<br>Creditor #: 26<br>Jefferson Middle School<br>Attn Bookkeeper<br>1151 Plum St<br>Aurora IL. 60506 | | H | 2003<br>Unsecured Claim | | | | $ 196.00 |

Sheet no. 3 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) $ 2,621.00

Total $ (Use only on last page and on Summary of Schedules)

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 27<br>Law Office Gordon Hughes<br>Acct: Alarm Detection Systems<br>320 E. Indian Trail<br>Aurora IL. 60507 | | J | 2003<br>Collection<br>Kane County Suit 03 SC 3879 | | | | $ 2,100.00 |
| Account No. 5291151947762306<br>Creditor #: 28<br>Law Office of Gerald Moore<br>Acct: Capital One<br>PO Box 724807<br>Atlanta GA. 31139 | | W | 2004<br>Notice to collector | | | | $ 0.00 |
| Account No. 111081921<br>Creditor #: 29<br>Law Office Wolpoff & Abramson<br>Acct: JC Penney Monogram Cred<br>702 King Farm Blvd.<br>Rockville MD. 20850-5775 | | H | 2004<br>Notice to collector | | | | $ 0.00 |
| Account No. 3 29 77 2757 4<br>Creditor #: 30<br>Nicor Gas<br>Attn Bankruptcy Dept<br>PO Box 549<br>Aurora IL. 60507 | | H | 2003-04<br>Utility bills | | | | $ 1,000.00 |
| Account No.<br>Creditor #: 31<br>Pay Day Loan store<br>Attn Collection Dept<br>1261 N. Lake St<br>Aurora IL. 60504 | | W | 2003<br>Loan | | | | $ 536.00 |
| Account No.<br>Creditor #: 32<br>Pay Day Loan Store<br>Attn Collection Dept<br>1261 N. Lake St<br>Aurora IL. 60504 | | H | 2003<br>Loan | | | | $ 500.00 |
| Account No. 2171867<br>Creditor #: 33<br>Pellettieri & Associates<br>Acct: Provena Mercy Ctr<br>991 Oak Creek Dr<br>Lombard IL. 60148-6408 | | H | 2004<br>Notice to collector | | | | $ 0.00 |

Sheet no. 4 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) $ 4,136.00

Total $ (Use only on last page and on Summary of Schedules)

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______________ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 2265530<br>Creditor #: 34<br>Pellettieri & Associates<br>Acct: Provena Mercy Ctr<br>991 Oak Creek Dr<br>Lombard IL. 60148-6408 | | H | 2004<br>Notice to collector | | | | $ 0.00 |
| Account No. 2365617<br>Creditor #: 35<br>Pellettieri & Associates<br>Acct: Provena Mercy<br>991 Oak Creek Dr<br>Lombard IL. 60148-6408 | | H | 2004<br>Collection | | | | $ 299.00 |
| Account No. V838446<br>Creditor #: 36<br>Provena Mercy Center<br>1325 N. Highland Ave<br>Aurora IL. 60506 | | J | 2003<br>Medical bills | | | | $ 299.00 |
| Account No. V8357990<br>Creditor #: 37<br>Provena Mercy Center<br>1325 N. Highland Ave<br>Aurora IL. 60506 | | H | 2003<br>Medical bills | | | | $ 136.00 |
| Account No. v8363710<br>Creditor #: 38<br>Provena Mercy Center<br>75 Remmittance Dr #1871<br>Chicago IL. 60675-1871 | | H | 2003<br>Medical bills | | | | $ 401.00 |
| Account No. 12602004499<br>Creditor #: 39<br>Quest Diagnostic<br>PO Box 64500<br>Baltimore MD. 21264-4500 | | H | 2003<br>Medical bills | | | | $ 81.00 |
| Account No. 12601992630<br>Creditor #: 40<br>Quest Diagnostic<br>PO Box 64500<br>Baltimore MD. 21264-4500 | | H | 2003<br>Medical bills | | | | $ 81.00 |

Sheet no. 5 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) $ 1,297.00

Total $ (Use only on last page and on Summary of Schedules)

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______ (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 12601992654<br>Creditor #: 41<br>Quest Diagnostic<br>PO Box 64500<br>Baltimore MD. 21264-4500 | | H | 2003<br>Medical bills | | | | $ 81.00 |
| Account No. 207926643 000<br>Creditor #: 42<br>SBC-Ameritech<br>Attn Law Dept<br>200 WE Randolph St. 68th Floor<br>Chicago IL. 60601 | | H | 2003<br>Unsecured Claim | | | | $ 505.00 |
| Account No. 6159<br>Creditor #: 43<br>Starrett Medical Associates<br>1300 N. Highland Ave<br>Aurora IL. 60506 | | W | 2003<br>Medical bills | | | | $ 181.00 |
| Account No. 6159<br>Creditor #: 44<br>Starrett Medical Associates<br>1300 N. Highlad Ave<br>Aurora IL. 60506 | | W | 2003<br>Medical bills | | | | $ 182.00 |
| Account No.<br>Creditor #: 45<br>Transworld Systems Collection<br>Acct: West Aurora High School<br>25 Northwest Pt. Blvd #750<br>Elk Grove Village Il. 60007 | | H | 2004<br>Notice to collector | | | | $ 0.00 |
| Account No. 0209300005210704<br>Creditor #: 46<br>Transworld Systems Collection<br>Acct: Jefferson Middle School<br>25 Northwest Pt. Blvd #750<br>Elk Grove Village Il. 60007 | | H | 2004<br>Collection | | | | $ 0.00 |
| Account No.<br>Creditor #: 47<br>West Aurora High School<br>AttN; Bookkeeper<br>1201 W. New York St<br>Aurora IL. 60506 | | H | 2003<br>Unsecured Claim | | | | $ 193.00 |

Sheet no. 6 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) $ 1,142.00

Total $ (Use only on last page and on Summary of Schedules) $ 15,439.00

FORM B6G (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______ (If known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

FORM B6H (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ________ (If known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______ (If known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled spouse must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Lakendall | 2m | Daughter |
| | Markeyth | 2m | Daughter |
| | Mark Jr | 14y | Son |
| | Lakise | 13y | Daughter |
| | Zack | 11y | Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Driver | Nurses Aid (Part time-on call) |
| Name of Employer | Batavia Concrete Corp | Jenney Terrace Nursing Home |
| How Long Employed | 2 years | 1 year |
| Address of Employer | Route 25 South<br>Batavia IL. 60510 | Aurora IL |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,683.33 | $ 1,950.00 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,683.33 | $ 1,950.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 736.67 | $ 346.67 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 736.67 | $ 346.67 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,946.67 | $ 1,603.33 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance<br>Specify: | | |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| Specify: | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,946.67 | $ 1,603.33 |

TOTAL COMBINED MONTHLY INCOME $ 4,550.00
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

*Husband employment is seasonal. Usually receives unemployment compensation from December thru March*

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______ (If known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | |
| Are real estate taxes included? Yes ☐ No ☒ | $ 1,273.00 |
| Is property insurance included? Yes ☐ No ☒ | |
| Utilities: Electricity and heating fuel | |
| Water and sewer | $ 125.00 |
| Telephone | $ 50.00 |
| Other *Real estate tax ($3,500.00 yearly)* | $ 60.00 |
| Other | $ 295.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 30.00 |
| Clothing | $ 850.00 |
| Laundry and Dry cleaning | $ 120.00 |
| Medical and Dental expenses | $ 20.00 |
| Transportation (not including car payments) | $ 30.00 |
| Recreation, clubs, and entertainment, newspapers, magazines, etc. | $ 180.00 |
| Charitable contributions | $ 40.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | $ 0.00 |
| Homeowner's or renter's | |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 0.00 |
| Other: *Auto uppkeep & repair* | $ 100.00 |
| Other: | $ 45.00 |
| Taxes (not deducted from wages or included in home mortgage) | $ 0.00 |
| Specify: | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ 0.00 |
| Auto | |
| Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: *Personal care items and grooming* | $ 0.00 |
| Other: *School expenses, books, fees and misc* | $ 30.00 |
| Other: | $ 50.00 |
| | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,298.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| Item | Amount |
|---|---|
| A. Total projected monthly income | $ 4,550.00 |
| B. Total projected monthly expenses | $ 3,298.00 |
| C. Excess Income (A minus B) | $ 1,252.00 |
| D. Total amount to be paid into plan each: *Monthly* | $ 1,250.00 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Mark A. Hill Sr and Rachel Hill*

Case No.
Chapter *13*

_______________________________________ / Debtor
Attorney for Debtor: *Richard S. Bass*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

**1. Income from employment or operation of business.**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**AMOUNT** **SOURCE (if more than one)**

*Husband*
*Year to date:$1,1819.0*
*Last year:$34,000.00*
*Year before:$24,000.00*

*Wife*
*Year to date:$3,458.00*
*Last year:$22,000.00*
*Year before:$22,000.00*

**2. Income other than from employment or operation of business.**
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Husband | |
| Year to date:$5,000.00 | Unemployment compensation |
| Last year:$6,000.00 | Same |
| Year before:$0.00 | |

**3a. Payments to creditors.**
List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**3b.** List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**4a. Suits and administrative proceedings, executions, garnishments and attachments.**
List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Household Finance vs. Rachel Hill 03 AR 01620 | Collection | Kane County Illinois | Judgment issued & lien on residence |
| Alarm Detection System vs. Mark Hill & Rachel Hill 03 SC 3879 | Collection | Kane County | Judgment |
| Fox Metro Water Reclamation District vs. Mark Hill & Rachel Hill 03 SC K 2421 | Collection | Kane County | Judgment issued & lien on residence |

**4b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**5. Repossessions, foreclosures and returns.**
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6a. Assignments and receiverships.**
Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

6b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR (if other than debtor) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Richard S. Bass<br>Address: 2021 Midwest Rd.<br>Oak Brook, IL. 60521 | Date:<br>Payor: Mark A. Hill Sr | $ 500.00 |

**10. Other transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

☒ NONE

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

**The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who** is or has been, within two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)

**16. Nature, location and name of business**

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

☒ NONE

---

**17a. Books, records and financial statements**

List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒ NONE

---

**17b.** List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

---

**17c.** List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☒ NONE

---

**17d.** List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

☒ NONE

---

**18a. Inventories**

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

---

**18b.** List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

---

**19a. Current Partners, Officers, Directors and Shareholders**

If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

---

19b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

☒ NONE

---

20a. **Former partners, officers, directors and shareholders.**
If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

---

20b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

---

21. **Withdrawals from a partnership or distribution by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during one year immediately preceding the commencement of this case.

☒ NONE

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 3/15/04 Signature Mark A Hill
Mark A. Hill Sr

Date 3/15/04 Signature Rachel Hill
Rachel Hill

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT of ILLINOIS
# EASTERN DIVISION

In re Mark A. Hill Sr and Rachel Hill

Case No.
Chapter 13

_______________________________________ / Debtor
Attorney for Debtor: Richard S. Bass

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedule D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 150,000.00 | | |
| B-Personal Property | Yes | 2 | $ 31,550.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 153,600.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 3,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 15,439.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,550.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,298.00 |
| Total Number of Sheets in All Schedules ▸ | | 19 | | | |
| Total Assets ▸ | | | $ 181,550.00 | | |
| Total Liabilities ▸ | | | | $ 172,039.00 | |

FORM B6 (6/90) Specialty Software, Royal Oak, MI

In re *Mark A. Hill Sr and Rachel Hill* / Debtor Case No. ______________ (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of *19* sheets, and that they are true and correct to the best of my knowledge, information and belief. (Total shown on summary page plus 1)

Date: 3/15/04 Signature: Mark A Hill
Mark A. Hill Sr

Date: 3/15/04 Signature: Rachel Hill
Rachel Hill

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

X [signature] 3-15-04

Debtor's Signature | Date | Case Number

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy