```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 10487
   MARK A HILL SR
   RACHEL HILL                                    CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4443     SSN XXX-XX-7386

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/17/04 and confirmed on 07/01/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  57504.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MTGE | CURRENT MORTG | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| FOX METRO WATER REC DIST | SECURED | 1100.00 | 152.27 | 1100.00 |
| ECAST SETTLEMENT CORPORA | SECURED | 7309.00 | 946.13 | 7309.00 |
| HSBC AUTO FINANCE | SECURED | 14408.32 | 6659.52 | 14408.32 |
| NUVELL CREDIT COMPANY LL | SECURED | 11350.00 | 4331.68 | 11350.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| QUEST DIAG INCORP | UNSECURED | NOT FILED | .00 | .00 |
| CARD SERVICE CENTER | UNSECURED | 580.74 | .00 | 79.75 |
| RUSH COPLEY PEDIATRIC AS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EMERGENCY ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| AURORA PEDIATRIC CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| AURORA RADIOLOGY CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| AURORA RADIOLOGY CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| BRIAN TONNER DDS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 859.77 | .00 | 118.06 |
| CASTLE ORTHOPAEDICS ASSO | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 1628.14 | .00 | 223.57 |
| DREYER MEDICAL CLINIC | UNSECURED | 318.00 | .00 | 43.67 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |

```
JEFFERSON MIDDLE SCHOOL    UNSECURED          215.00          .00        29.52
ALARM DETECTION            UNSECURED         2043.78          .00       280.65
NICOR GAS                  UNSECURED          506.74          .00        69.58
PAYDAY LOAN STORE          UNSECURED       NOT FILED          .00          .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED          .00          .00
PROVENA MERCY MEDICAL CE   UNSECURED          835.28          .00       114.70
PROVENA MERCY CENTER       UNSECURED       NOT FILED          .00          .00
PROVENA MERCY CENTER       UNSECURED       NOT FILED          .00          .00
PROVENA MERCY CENTER       UNSECURED       NOT FILED          .00          .00
QUEST DIAGNOSTICS          UNSECURED       NOT FILED          .00          .00
QUEST DIAGNOSTICS          UNSECURED       NOT FILED          .00          .00
QUEST DIAGNOSTICS          UNSECURED       NOT FILED          .00          .00
SBC AMERITECH              UNSECURED       NOT FILED          .00          .00
STARRETT MEDICAL ASSOC     UNSECURED       NOT FILED          .00          .00
STARRETT MEDICAL ASSOC     UNSECURED       NOT FILED          .00          .00
WEST AURORA SCHOOL DIST    UNSECURED       NOT FILED          .00          .00
AURORA FINANCE LOAN        UNSECURED       NOT FILED          .00          .00
LAMPHERES FURNITURE        UNSECURED       NOT FILED          .00          .00
CITY OF AURORA             UNSECURED       NOT FILED          .00          .00
I C COLLECTION SERVICE     UNSECURED       NOT FILED          .00          .00
ALLIED DATA CORP           UNSECURED       NOT FILED          .00          .00
DOLAR KOYA MD              UNSECURED       NOT FILED          .00          .00
SBC BANKRUPTCY DESK        UNSECURED          388.91          .00        53.40
HOLLYWOOD VIDEO            UNSECURED       NOT FILED          .00          .00
USA PAYDAY LOANS           UNSECURED       NOT FILED          .00          .00
RUSH COPLEY MEDICAL CENT   UNSECURED       NOT FILED          .00          .00
AURORA FINANCE LOAN        SECURED            1800.00       429.45      1800.00
CAPITAL ONE FINANCIAL      UNSECURED          604.03          .00        82.94
CAPITAL ONE FINANCIAL      FILED LATE            .00          .00          .00
CAPITAL ONE FINANCIAL      UNSECURED          740.79          .00       101.72
ECAST SETTLEMENT CORPORA   UNSECURED             .00          .00          .00
NUVELL CREDIT COMPANY LL   UNSECURED         8256.29          .00      1133.73
OPTION ONE MTGE            MORTGAGE ARRE      2259.77         .00      2259.77
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED  38227.09         .00      16977.47         .00      55204.56
PRINCIPAL PAID      38227.09         .00       2331.29         .00      40558.38
INTEREST PAID       12519.05         .00           .00         .00      12519.05
TOTAL PAID          50746.14         .00       2331.29         .00      53077.43
```

The Debtor's attorney, RICHARD S BASS                , was allowed $   2500.00
and was paid $    500.00   direct and $   2000.00   through the plan.

The Trustee received $   2422.57 .

Refunds to the Debtor totaled $      4.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 06/23/08                  /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE

```
                              PAGE   3
        CASE NO. 04 B 10487 MARK A HILL SR & RACHEL HILL
```